976 F.2d 46
 298 U.S.App.D.C. 98
 NOTICE: D.C. Circuit Local Rule 11(c) states that unpublished orders, judgments, and explanatory memoranda may not be cited as precedents, but counsel may refer to unpublished dispositions when the binding or preclusive effect of the disposition, rather than its quality as precedent, is relevant.
MAIL ORDER ASSOCIATION OF AMERICA, Petitioner,
v.
UNITED STATES POSTAL SERVICE, Respondent,
McGraw-Hill, Inc., et al., Intervenors.
 No. 91-1058.
 United States Court of Appeals, District of Columbia Circuit.
 Aug. 31, 1992.
 
 Before WALD, STEPHEN F. WILLIAMS and KAREN LeCRAFT HENDERSON, Circuit Judges.
 ORDER
 PER CURIAM.
 
 
 1
 Upon consideration of the various responses to this court's March 31, 1992 order to show cause regarding petitioners' and intervenors' briefing formats; the unopposed motion by petitioners Major Mailers Association (No. 91-1067) and Council of Public Utility Mailers (No. 91-1062) to dismiss their respective petitions for review; and the unopposed motion to establish a briefing schedule and for expedited consideration, it is
 
 
 2
 ORDERED that the show cause order be discharged. It is
 
 
 3
 FURTHER ORDERED that the motion to dismiss Nos. 91-1062 and 91-1067 be granted. The Clerk is directed to sever these two cases from No. 91-1058 et al. It is
 
 
 4
 FURTHER ORDERED that the following briefing formats and schedule be established:
 
 
 5
 PETITIONERS' BRIEFS: INITIAL REPLY
 BRIEFS BRIEFS
 Sept. 28, Dec. 21,
 1992 1992
(1) One joint brief of Mail Order Association of 35 pages 14 pages
 America (No. 91"1058), American Mail
 Marketing Association (No. 91"1074), ADVO,
 Inc. (No. 91"1079), and Direct Marketing
 Association (No. 91"1059)
(2) Individual brief of Alliance of Nonprofit 25 pages 10 pages
 Mailers (No. 91"1065)
(3) One joint brief of Dow Jones and Company, 35 pages 14 pages
 Inc. (No. 91"1075) and Time"Warner Inc.
 (No. 91"1062)
(4) Individual brief of United States Postal 35 pages 14 pages
 Service (No. 91"1073)
(5) Individual brief of Niagara Telephone Co. 7 pages 4 pages
 (No. 91"1063)
PETITIONER"INTERVENORS' BRIEFS Oct. 19,
 1992
(1) Individual brief of Reader's Digest 20 pages
 Association, Inc. in support of petitioner
 US Postal Service (No. 91"1073)
RESPONDENTS' BRIEFS RESPONSE
 BRIEF
 Nov. 9,
 1992
(1) US Postal Service 75 pages
(2) Postal Rate Commission 35 pages
RESPONDENT"INTERVENORS' BRIEFS Nov. 30,
 1992
(1) One joint brief of American Newspaper 20 pages
 Publishers and Association of Alternate
 Postal Systems
(2) Individual brief of United Parcel Service 15 pages
(3) One joint brief of American Business Press, 20 pages
 Coalition of Religious Press Associations,
 McGraw"Hill, Inc., and Short"Run Printers
 Comm.
(4) One joint brief of American Bankers 15 pages
 Association and The Brooklyn Union Gas
 Company (in No. 91"1073)
DEFERRED APPENDIX Jan. 4,
 1993
FINAL BRIEFS Jan. 19,
*46_ 1993
PROJECTED ARGUMENT Feb. 24,
 1993
 
 
 6
 The parties are cautioned that the court will regard with extreme disfavor any unnecessary duplication or protraction in briefing this case. See D.C. Circuit Handbook of Practice and Internal Procedures 44-45 (1987). It is
 
 
 7
 FURTHER ORDERED that the motion to establish a briefing schedule and for expedited consideration be dismissed as moot in light of the above established schedule.
 
 
 8
 The Clerk is directed to issue forthwith a certified copy of this order to the agency in lieu of formal mandates in Nos. 91-1062 and 91-1067.